

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2021

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado, Appellants

v.

**LONESTAR RESOURCES, INC.**, Ezra Alderman Ranches, Inc. and Union Pacific Railroad Company, Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

## O R D E R

We grant appellants' unopposed motion for an extension of the deadline to file the requested response to the motion for rehearing. We **order** the response, if any, to be filed no later than **November 8, 2021**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2021.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court